IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| MALLIE J. SECKINGER, SR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BANK OF AMERICA )<br>CORPORATION, )<br>)<br>Defendant. )<br>_____ ) | CIVIL ACTION FILE<br><br>NO. 4:14-CV-00085-WTM-GRS |

## ORDER GRANTING MOTION FOR STAY

Upon consideration by the Court of the Suggestion of Bankruptcy and Motion for Stay filed by Defendant FIA Card Services, N.A., improperly named in the Complaint as Bank of America Corporation ("FIA"),

IT IS ORDERED, that this Civil Action is stayed until the earlier of the following: (a) Seckinger's Bankruptcy case is closed or dismissed; (b) Seckinger's discharge is granted or denied; or (c) the bankruptcy trustee becomes a party to this Civil Action.

ORDER ENTERED at Savannah, Georgia, this 28Th day of May, 2014.

_____
United States ~~District~~ Magistrate Judge