# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF GEORGIA

### SAVANNAH DIVISION

MALLIE J. SECKINGER, SR.,      )
                                    )
        Plaintiff,             )
                                    )
v.                               )      Case No.  CV414-085
                                    )
BANK OF AMERICA CORPORATION    )
                                    )
        Defendant.      )

## REPORT AND RECOMMENDATION

Plaintiff Mallie J. Seckinger, Sr. brought this Fair Debt Credit Reporting Act case against the Bank of America Corporation (BOA). Doc. 1-1 at 3.  After BOA removed it to this Court, it successfully moved to stay further proceedings pending resolution of Seckinger's bankruptcy case.  Docs. 1, 8 & 9.  Seckinger now moves to dismiss this case.  Doc. 14. Since the motion is unopposed by operation of Local Rule 7.5, it should be **GRANTED**.

**SO REPORTED AND RECOMMENDED**, this 22nd day of September, 2014.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA