FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2014 OCT 22 PM 3:25
CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| MALLIE J. SECKINGER, SR., ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. CV414-085 |
| BANK OF AMERICA CORPORATION, ) | |
| Defendant. ) | |

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 15), to which no objections have been filed. After a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's Motion to Dismiss (Doc. 14) is **GRANTED** and Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 22ᵈ day of October 2014.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA