# United States District Court
## *Southern District of Georgia*

Mallie J. Seckinger, Sr.

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV414-85

Bank of America Corporation

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated October 22, 2014, adopting the Report and Recommendation of the Magistrate Judge as the opinion of this Court; granting plaintiff's Motion to Dismiss. This case is dismissed without prejudice. This action stands closed.



October 22, 2014
Date

Scott L. Poff
Clerk

(By) Deputy Clerk